**Order filed May13, 2014.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-13-00637-CV

_____

## EDWARD MAYO, Appellant

## V.

## FIVE STAR MERCHANT SERVICES, INC., Appellee

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-26253**

---

# O R D E R

Appellant's brief was due May 1, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with the clerk of this court on or before **June 2, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM